
RECEIVED
IN MONROE, LA
JUL 13 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GLEN C. ROBERTS | CIVIL ACTION NO. 08-0490 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 24] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 21] is GRANTED and that the Commissioner of the Social Security Administration pay attorney fees in the amount of $5,430.00 (36.2 hours at $150.00 per hour) plus expenses and costs of $523.13 to Plaintiff's attorneys, for a total fee and expense award of $5,953.13.

MONROE, LOUISIANA, this 13 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE